UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAUSTO GARCIA-GARCIA,<br>  aka "Fausto Platas-Garcia,"<br>  aka "Javier Lopez-Garcia,"<br>  aka "Fausto Garcia,"<br><br>Defendant. | Case No. 2:25-mj-00366-DJA<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 28 day of May, 2025 at the hour of 4 p.m., be vacated and continued to August 26, 2025 at the hour of 4 pm.

DATED this 14th day of May, 2025.

_____
HONORABLE DANIEL J ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  CLAY A. PLUMMER
   Nevada Bar No. 6778
4  Special Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  clay.plummer@usdoj.gov
   *Attorneys for the United States*

7
                   UNITED STATES DISTRICT COURT
8                       DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,              Case No. 2:25-mj-00366-DJA

10         Plaintiff,
                                           **Stipulation to Extend Deadlines**
11     v.                                  **to Conduct Preliminary Hearing and**
                                           **File Indictment (First Request)**
12 FAUSTO GARCIA-GARCIA,
     aka "Fausto Platas-Garcia,"
13   aka "Javier Lopez-Garcia,"
     aka "Fausto Garcia,"
14
           Defendant.
15

16

17      IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah,

18 United States Attorney, and Clay Plummer, Special Assistant United States Attorney,

19 counsel for the United States of America, and __Stacy Newman__, Assistant Federal Public

20 Defender, counsel for FAUSTO GARCIA-GARCIA that the Court schedule the

21 preliminary hearing in this case for no earlier than 90 days from the date of the Defendant's

22 initial appearance. The preliminary hearing is currently set for **28** of May 2025, at

23 **4 p.m.**. This request requires that the Court extend two deadlines: (1) that a preliminary

24 hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed.

1  R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a
2  defendant's arrest, *see* 18 U.S.C. § 3161(b).
3       This stipulation is entered into for the following reasons:
4       1.   The United States Attorney's Office has developed an early disposition
5  program for immigration cases, authorized by the Attorney General pursuant to the
6  PROTECT ACT of 2003, Pub. L. 108-21.
7       2.   The early disposition program for immigration cases is designed to: (1) reduce
8  the number of hearings required in order to dispose of a criminal case; (2) avoid having
9  more cases added to the court's trial calendar, while still discharging the government's duty
10 to prosecute federal crimes; (3) reduce the amount of time between complaint and
11 sentencing; and (4) avoid adding significant time to the grand jury calendar to seek
12 indictments in immigration cases, which in turn reduces court costs.
13      3.   The government has made a plea offer in this case that requires defendant to
14 waive specific rights and hearings in exchange for "fast-track" downward departure under
15 USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is
16 indicted and before a preliminary hearing is held.
17      4.   Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the
18 preliminary hearing within a reasonable time, but no later than 14 days after the initial
19 appearance if the defendant is in custody . . . ."
20      5.   However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a
21 showing of good cause—taking into account the public interest in the prompt disposition of
22 criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more
23 times . . . ."
24

6. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7. Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept the fast-track plea agreement.

8. Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 90 days from the Defendant's initial appearance.

9. Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

10. The parties agree to the extension of that deadline.

11. This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12. Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13. In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy

3

Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

14. This is the first request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this _14_th day of May, 2025.

Respectfully submitted,

RENE VALLADARES  
Federal Public Defender

/s/ Stacy Newman
_____

Assistant Federal Public Defender  
Counsel for Defendant  
FAUSTO GARCIA-GARCIA

SIGAL CHATTAH  
United States Attorney

/s/ Clay Plummer
_____
CLAY A PLUMMER  
Assistant United States Attorneys

4